IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| FIDELITY & DEPOSIT COMPANY OF MARYLAND | * * * | |
| Plaintiff | * * | |
| VS. | * * | NO: 4:08CV02591   SWW |
| SOUTHEAST BUILDING CONCEPTS, INC. and PEGGY VICKERS | * * * | |
| Defendants | * * * | |

## ORDER

By order entered December 29, 2011, the Court directed Plaintiff to file a status report, stating any reason why this case should not be dismissed.[1]   Plaintiff reports that it is not aware of any reason why this case should not be dismissed without prejudice. *See* docket entry #8.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 5TH DAY OF JANUARY, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] As stated in the Court's order, this case has been inactive since October 28, 2008, when, at Plaintiff's request, the Clerk entered default against the only remaining defendant, Southeast Building Concepts, Inc.